LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHARD F. SHUMATE,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. CV 22-00694 GJS<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees, and ZERO ($0.00) are awarded in the amount of ONE THOUSAND THREE DOLLARS AND 00/100 ($1,300.00) subject to the terms of the stipulation.

DATE:  July 13, 2022           _____
                               HON. GAIL J. STANDISH,
                               UNITED STATES MAGISTRATE JUDGE

-1-